IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>DORAN L. MORRIS, JR., and CHARLES T. MORRIS,<br><br>                Defendants. | 8:17CR65<br><br>ORDER |

This matter is before the court on defendants' UNOPPOSED MOTIONS TO EXTEND PRETRIAL MOTIONS DEADLINE [45] and [46]. Both defendants in this case seek an additional four weeks to file pretrial motions. For good cause shown, I find that the motions should be granted. The defendants will be given an approximate 28-day extension. Pretrial Motions shall be filed by August 8, 2017.

**IT IS ORDERED:**

1. Defendants' UNOPPOSED MOTIONS TO EXTEND PRETRIAL MOTION DEADLINE [45] and [46] are granted. Pretrial motions shall be filed on or before August 8, 2017.

2. Defendants are ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

3. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between July 11, 2017 and August 8, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 12th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge